ACCEPTED
01-15-00381-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/7/2015 1:44:08 PM
CHRISTOPHER PRINE
CLERK

# No. 01-15-00381-CV

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/7/2015 1:44:08 PM
CHRISTOPHER A. PRINE
Clerk

## IN THE FIRST COURT OF APPEALS

## HOUSTON, TEXAS

Ali Yazdchi,

*Appellant*

v.

Wells Fargo Bank, NA,

*Appellee*

Appeal from Cause No. 2014-23577
215th District Court of Harris County, Texas
Hon. Elaine H. Palmer, Presiding

Appellee Wells Fargo Bank, NA's Motion to Dismiss Appeal **and**
(2) Motion for *Immediate* Issuance of Mandate

To the Honorable First Court of Appeals:

Pursuant to Texas Rule of Appellate Procedure 42.1(a)(1), Wells Fargo Bank, NA, appellee, through its undersigned counsel, conferred with the appellant, Ali Yazdchi, regarding the contents of this motion. Despite best efforts, the parties were unable to agree on the language and relief to be submitted to this Court for consideraiotn. Given the basis for appellant's restricted appeal, appellee files this in order promote efficiency

- 1 -

APPELLEE WELLS FARGO BANK, NA'S MOTION TO DISMISS APPEAL
AND MOTION FOR IMMEDIATE ISSUANCE OF MANDATE
273548-01588
#414824

as appellee Wells Fargo Bank, NA has agreed to vacate the Default Judgment entered by the 215th District Court of Harris County, Texas on or about October 20, 2014 and requests the Court dismiss the restricted appeal filed by Ali Yazdchi and remand the matter to the trial court to proceed to a trial on the merits with costs taxed to the party or parties incurring same. Concurrently with the filings of this Motion, Wells Fargo Bank NA has filed a proposed Order for consideration with the trial court requesting the same relief stated herein, a copy of which is attached hereto.

Wells Fargo Bank, NA also requests that the Court direct its clerk to issue the mandate immediately pursuant to Texas Rule of Appellate Procedure 18.1(c).

Respectfully submitted,

*/s/ Susan O. Simpson*
By_____
Scott E. Hayes
State Bar No. 09280050
shayes@vilolaw.com
Susan Oliver Simpson
State Bar No. 24047555
ssimpson@vilolaw.com
VINCENT LOPEZ SERAFINO JENEVEIN, P.C.
1601 Elm Street, Suite 4100
Dallas, Texas 75201
Telephone: (214) 979-7400
Facsimile: (214) 979-7402

Counsel for Appellees

– 2 –

## CERTIFICATE OF CONFERENCE

In compliance with Texas Rule of Appellate Procedure 10.1(a)(5), I certify that (1) I have conferred with Ali Yazdchi, pro se Appellant, and (2) the parties could not agree on the language or relief contained in the motion despite best efforts.

/s/ Susan O. Simpson

Susan O. Simpson

## CERTIFICATE OF SERVICE

I certify that a copy of this motion has been served today by certified mail, return receipt requested *and* first-class United States mail on pro se appellant, properly posted and deliverable as follows:

Ali Yazdchi
2100 Tanglewilde, #662
Houston, Texas 77063
*Pro Se Appellant*

Date: December 7, 2015

/s/ Susan O. Simpson

Susan O. Simpson

- 3 -

Appellee Wells Fargo Bank, NA's Motion to Dismiss Appeal and Motion for Immediate Issuance of Mandate 000003

| | | |
|---|---|---|
| WELLS FARGO BANK, NA, | § | IN THE DISTRICT COURT |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | 215TH JUDICIAL DISTRICT |
| | § | |
| ALI YAZDCHI, | § | |
| | § | |
| *Defendant.* | § | HARRIS COUNTY, TEXAS |

## ORDER

Wells Fargo Bank, NA agrees that the Default Judgment entered on October 20, 2014 in the case styled and numbered *Wells Fargo Bank, NA v. Ali Yazdchi*, Cause No. 2014-23577 in the 215th District Court, Harris County, Texas should be vacated. It is therefore,

ORDERED that the Default Judgment entered on October 20, 2014 in that case styled and numbered *Wells Fargo Bank, NA v. Ali Yazdchi*, Cause No. 2014-23577 in the 215th District Court, Harris County, Texas is hereby vacated.

It is FURTHER ORDERED that by copy of this order, the matter styled and numbered *Wells Fargo Bank, NA v. Ali Yazdchi*, Cause No. 2014-23577, Cause No. 2014-23577 in the 215th District Court, Harris County, Texas is hereby reopened and the matter is returned to active status on the Court's docket for a new trial on the merits.

All other relief requested in Defendant's Motion to Set Aside the Default Judgment or to Declare Void Judgment is hereby denied.

Signed on the _____ day of _____, 2015.

_____
Judge Presiding

#414832
273548-01588

ORDER

Appellee Wells Fargo Bank, NA's Motion to Dismiss Appeal and Motion for Immediate Issuance of Mandate 000004